IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FACEPETS.COM, LLC )
) No. 3-14-0507
v. )
)
FACEBOOK, INC. )

O R D E R

On May 22, 2014, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 15).

As a result, the defendant's motion to dismiss (Docket Entry No. 12) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

In addition, the initial case management conference, rescheduled by order entered April 2, 2014 (Docket Entry No. 8), to June 10, 2014, is CANCELLED.

In accord with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part on the Court is required. Therefore, this case is DISMISSED without prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge